IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0423 and OP 23-0424

SILAS J. CORPRON,

Petitioner,

v.

ORDER

JAMES SALMONSEN,
Warden,

Respondent.

This Court consolidates these two Petitions for Writ of Habeas Corpus, filed by self-represented Petitioner Silas J. Corpron. Corpron challenges the amount of credit for time served that he received in sentences from the First Judicial District Court and the Fifth Judicial District Court. We amend the caption to indicate Warden Salmonsen of the Montana State Prison where Corpron is currently incarcerated. Section 46-22-201(1)(c), MCA. We further observe that Corpron has not served a copy of either Petition upon the Attorney General for the State of Montana, instead only serving the Clerk of the Supreme Court. *See* § 46-22-206(1), MCA and M. R. App. P. 10(2). We, however, deem it appropriate to require a response. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record, along with copies of his two Petitions, and to Silas J. Corpron personally.

DATED this 15th day of August, 2023.

_____
Justice